117 A.3d 1277

Joseph POWLES, 2528 S. 13th Street, Philadelphia, Pa, 19148

v.

CSX CORPORATION, 500 Water Street, Jacksonville, Fl,
32202 and City of Philadelphia, 1515 Arch Street,
15th Floor, Philadelphia, Pa, 19102.

Petition of CSX Corporation.

No. 21 EM 2015.

Supreme Court of Pennsylvania.

June 22, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of June, 2015, the Petition for Review is **DENIED.**